UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEITH LEWIS, et al,

                         Plaintiffs,

      -against-                              **MEDIATION REFERRAL ORDER**

DARBY DENTAL SUPPLY, LLC.,

                                                       CV 16-2538 (JFB)(ARL)

                        Defendant.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

      ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator. Counsel shall consult with the ADR Administrator at (718) 613-2577, respecting their alternatives and selecting a mediator.

      The parties shall notify the court within two weeks of receipt of a decision or should the mediation fail.

Dated: Central Islip, New York                SO ORDERED:
       August 21, 2017

                                                                                    s/
                                               ARLENE R. LINDSAY
                                             United States Magistrate Judge