# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

EMAIL ADDRESS: TRIPPN@JACKSONLEWIS.COM
DIRECT DIAL: (631) 247-4661

October 10, 2017

**VIA ECF**

Hon. Magistrate Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza, Rm. 814
Central Islip, New York 11722

        Re: *Keith Lewis, et al. v. Darby Dental Supply, LLC*
           <u>Case No. 16-cv-02538</u>

Dear Magistrate Lindsay:

  This letter is submitted pursuant to the Court and ADR Program's directives (Dkt. 45, Minute Orders 08/21/2017 and 09/19/17) to confirm that the parties have reached an agreement in principle to settle the above matter through a mediation facilitated by mediator Chaim Book, Esq. The parties are in the process of finalizing settlement documents and submission of the Fair Labor Standards Act (FLSA) settlement to Judge Bianco for approval. The parties request until October 27, 2017 to make that submission, and that all other case deadlines be adjourned *sine die* pending that submission. The parties will separately submit Mediation Reports to the ADR Administrator.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              Noel P. Tripp

NPT:dc
cc: Robyn Weinstein (via email: Robyn_weinstein@nyed@uscourts.gov)
   All Counsel of Record (*via ECF*)

4826-9921-5953, v. 1