UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
KEITH LEWIS, ET AL.,

    Plaintiffs,

        – against –

DARBY DENTAL SUPPLY, LLC,

    Defendant.
------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 21 2017 ★
LONG ISLAND OFFICE

ORDER
16-CV-2538 (JFB) (ARL)

JOSEPH F. BIANCO, District Judge:

    The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by all parties, resolving the instant litigation. (ECF No. 53-2.)

    It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015). Having carefully reviewed the Settlement Agreement and Release, and for the reasons set forth on the record during yesterday's conference, the Court finds that it is fair and reasonable under all of the circumstances and, thus, grants approval of the Settlement Agreement and Release, including attorney's fees and costs.

SO ORDERED.

_____
Joseph F. Bianco
United States District Judge

Dated: December 21, 2017
      Central Islip, New York